UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY LEE ALLREAD,

    Plaintiff,

v.

CAROLYN W COLVIN, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 3:15-CV-05627-RBL-DWC

ORDER TO FILE OPENING BRIEF OR SHOW CAUSE

On November 9, 2015, Defendant filed an Answer to the Complaint. Dkt. 9. The Court issued a Scheduling Order ordering Plaintiff to file an opening brief by December 7, 2015. Dkt. 10. Plaintiff has not filed an opening brief.

Accordingly, Plaintiff is ordered to file an opening brief or show cause why this matter should not be dismissed for failure to prosecute by December 28, 2015. The Scheduling Order will be amended by the Court upon receipt of an opening brief.

Dated this 14th day of December, 2015.

David W. Christel
United States Magistrate Judge

ORDER TO FILE OPENING BRIEF OR SHOW CAUSE - 1