UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TIMOTHY LEE ALLREAD,

    Plaintiff,

v.

CAROLYN W COLVIN,

    Defendant.

CASE NO. 3:15-CV-05627-RBL-DWC

ORDER AFFIRMING DEFENDANT'S DECISION TO DENY BENEFITS

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge David W. Christel, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation; and

(2) the administrative decision is AFFIRMED, and Judgment is entered for Defendant.

(3) The Clerk is directed to send copies of this Order to counsel for both parties and to the Hon. David W. Christel.

DATED this 21st day of March, 2016.

Ronald B. Leighton
United States District Judge